No. 77–1526. GOLZ v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1527. LAJE v. R. E. THOMASON GENERAL HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 77–1530. HARBIN v. INTERLAKE STEAMSHIP Co.; and No. 77–1536. INTERLAKE STEAMSHIP Co. v. HARBIN. C. A. 6th Cir. Certiorari denied. Reported below: 570 F. 2d 99.

No. 77–1531. ASSOCIATED MILK PRODUCERS, INC. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1537. VOLKSWAGENWERK AG ET AL. v. HERMAN, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–1544. JOYCE BEVERAGES, INC., ET AL. v. JOYCE ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–1549. JOHNSON ET AL. v. GENERAL MOTORS ASSEMBLY DIVISION, GENERAL MOTORS CORP. Ct. App. Ga. Certiorari denied.

No. 77–1560. PARISH OF EAST BATON ROUGE v. PIERSON ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 77–1561. O'CONNOR ET AL. v. CITY OF LOUISVILLE FIRE FIGHTERS PENSION FUND. Sup. Ct. Ky. Certiorari denied.

No. 77–1563. PPX ENTERPRISES, INC. v. SCEPTER RECORDS, INC. Ct. App. N. Y. Certiorari denied.